UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRENDA CAMBRON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:12-cv-00252-JAW ) |
| WALMART, | ) ) |
| Defendant. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed October 10, 2012, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Complaint (Docket # 1) be and hereby is DISMISSED without prejudice as this Court does not have jurisdiction.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 14th day of November, 2012